IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ROSITA SABROSSO-RENNICK,** | * | |
| Plaintiff, | * | |
| v. | * | **CASE NO.: 1:12-cv-02456JKB** |
| **MAYOR AND CITY COUNCIL OF BALTIMORE, et al.** | * | |
| | * | |
| Defendant. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### RESPONSE IN OPPOSITION TO MOTION TO DISMISS

Rosita Sabrosso-Rennick, ("Plaintiff"), by her under signed counsel, respectfully files this Response In Opposition to Motion to Dismiss. For the reasons set forth in the accompanying Memorandum of Point and Authorities in Opposition to Motion to Dismiss, herein incorporated by reference, this Court Should Deny Defendant's Motion to Dismiss.

**WHEREFORE**, Plaintiff respectfully requests that this Court deny Defendant Mayor and City Council of Baltimore's Motion To Dismiss as moot.

Respectfully Submitted,

*/s/ George A. Rose*
_____
George A. Rose, Esq.
Federal Bar # 26086
Rose Law Firm, LLC
200 E. Lexington St. Suite 800
Baltimore, MD.  21202
Ph.410-727-7555
Fax.  443-320-0962
Email: grose@roselawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that on this day of September 17, 2012, a copy of the forgoing Response in Opposition to Motion To Dismiss was served electronically on:

Marla Y. Johnson, Assistant Solicitor
Baltimore City Law Department
100 N. Holliday Street
Baltimore, MD 21201
Attorney for Defendants

*/s/ George A. Rose*

_____
George A. Rose